UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14079 CIV - GRAHAM

MAGISTRATE
LYNCH

CHRISTOPHER ROBERTS, and
ALL OTHERS SIMILARLY SITUATED,
    Plaintiffs,

vs.

RELIABLE TOWING AND STORAGE, INC.,
a Florida corporation,
    Defendant.
_____/

## COMPLAINT

Plaintiff, CHRISTOPHER ROBERTS, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby sue Defendant, RELIABLE TOWING AND STORAGE, INC., (hereafter "RELIABLE"), and allege as follows:

### Nature of Action

1.    This is an action for recovery of unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as amended, owed to Plaintiff and all those similarly situated to Plaintiff; and an action for the recovery of minimum wage under FLSA 29 U.S.C. §206 owed to Plaintiff and all those similarly situated to Plaintiff.

### Jurisdiction and Venue

2.    Jurisdiction in this Court is proper as Plaintiff's claims are brought pursuant to FLSA 29 U.S.C. § 201 *et seq.*, as amended, and pursuant to FLSA 29 U.S.C. §206 to recover back wages, liquidated damages and reasonable attorney's fees and costs. Jurisdiction over this action is founded upon § 216(b) of the FLSA [29 U.S.C. 216(b)].

3.    The acts and omissions that give rise to this action occurred in Ft. Pierce, St. Lucie

County, Florida. Venue is therefore proper in the United States District Court for the Southern District of Florida pursuant to 28 U.S. C § 1391(b).

## Parties

4. At all times material hereto, Plaintiff was and is a resident of Martin County, Florida. Plaintiff brings this action on behalf of himself and all other employees similarly situated. The additional persons who may become plaintiffs in this action are other tow truck drivers who worked for RELIABLE in the State of Florida since March 2003, and who were subjected to the pay practices described herein resulting in the failure to pay overtime compensation in accordance with the requirements of FLSA 29 U.S.C. § 201 et seq., as amended,.

5. At all times material hereto, RELIABLE was a Florida corporation doing business in St. Lucie County, Florida. RELIABLE is engaged in the business of providing tow truck and storage services in St. Lucie County, Florida and elsewhere in Florida.

6. At all times material hereto, RELIABLE employed employees, including Plaintiff, who regularly were and are engaged in interstate commerce.

7. At all times material hereto, RELIABLE had annual gross sales or business done of not less than $500,000. By reason of the foregoing, RELIABLE was and is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(r) and (s).

8. During the relevant time period, Plaintiff was employed by RELIABLE as a tow truck driver at RELIABLE's, Ft. Pierce, Florida location. Similarly situated individuals were and are employed by RELIABLE in the State of Florida.

## Count I: Failure to Pay Overtime Premium

9. Plaintiffs hereby incorporate paragraphs 1 through 8 of the Complaint by reference.

10. Plaintiff and those similarly situated to Plaintiff are and were during the relevant time period, paid a commission or piece rate method by RELIABLE.

11. Plaintiff and those similarly situated to Plaintiff worked in excess of forty hours in several workweeks during the relevant time period, and RELIABLE continues to require, suffer or permit those similarly situated Plaintiff to work in excess of forty hours per week.

12. RELIABLE has engaged in the following acts or pay practices that have resulted in the failure to pay Plaintiff and those similarly situated to Plaintiff overtime compensation as required by FLSA 29 U.S.C. § 201 et seq., as amended, in workweeks in which they work in excess of forty

hours per week:

    a.    failing to record and credit all working hours of its employees; and

    b.    failing to pay a half-time overtime premium for all hours worked in excess of forty (40) per workweek.

13. Since August 2005, Plaintiff and those similarly situated to Plaintiff have in several workweeks during their employment worked, and continued to work, in excess of forty hours per week for RELIABLE. In these workweeks, Plaintiff and those similarly situated to Plaintiff were not paid overtime compensation by RELIABLE as is required by FLSA 29 U.S.C. § 201 et seq., as amended.

14. As a direct and proximate result of RELIABLE's underpayment of wages, Plaintiff and the other employees similarly situated to Plaintiff have been damaged in the loss of wages, and have incurred and are incurring costs and reasonable attorney's fees.

15. RELIABLE's failure to pay overtime was deliberate, willful and without any legal justification. Consequently, Plaintiff and the other employees similarly situated to Plaintiff are entitled to liquidated damages in an amount equal to the underpayment of overtime compensation.

WHEREFORE, Plaintiff and the other employees similarly situated to Plaintiff demand judgment against RELIABLE for compensatory damages (unpaid overtime), liquidated damages (double damages) and attorney's fees and costs pursuant to FLSA 29 U.S.C. § 201 et seq., as amended, and such other relief as this Court deems just and proper.

Count II. Failure to Pay Minimum Wage

16. Plaintiffs hereby incorporate paragraphs 1 through 8 of the Complaint by reference.

17. Plaintiff and those similarly situated to Plaintiff are and were during the relevant time period, paid a commission or piece rate method by RELIABLE.

18. Plaintiff and those similarly situated to Plaintiff worked for less than minimum wage in several work weeks during the relevant period of time, and RELIABLE continues to require, suffer or permit those similarly situated Plaintiff to work for less than the minimum wage.

19. As a direct and proximate result of RELIABLE's underpayment of wages, Plaintiff and the other employees similarly situated to Plaintiff have been damaged in the loss of wages, and have incurred and are incurring costs and reasonable attorney's fees.

20. RELIABLE's failure to pay overtime was deliberate, willful and without any legal

justification. Consequently, Plaintiff and the other employees similarly situated to Plaintiff are entitled to liquidated damages in an amount equal to the underpayment of minimum wage compensation.

WHEREFORE, Plaintiff and the other employees similarly situated to Plaintiff demand judgment against RELIABLE for compensatory damages (unpaid minimum), liquidated damages (double damages) and attorney's fees and costs pursuant to FLSA 29 U.S.C. § 201 et seq., as amended, and such other relief as this Court deems just and proper.

### Request for Trial by Jury

21. Plaintiff further demands trial by jury on all issues so triable.

Date: March 20, 2006

Respectfully submitted,

**Law Offices of**
**Lewis, Mortell & Lewis, L.L.P.**
Attorneys for Plaintiff
1115 E. Ocean Blvd.
Stuart, FL 34996
Telephone: (772) 286-7861
Facsimile: (772) 288-2013

By: _____
Lee J. Baggett, Esq.
FBN: 0467189

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
CHRISTOPHER ROBERTS and all others similarly situated,

**DEFENDANTS**
RELIABLE TOWING AND STORAGE, INC., a Florida corporation,

06-14079 CIV - GRAHAM  MAGISTRATE JUDGE  LYNCH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Martin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lee J. Baggett, Esq.
1115 E. Ocean Boulevard
Stuart, FL 34996 (772) 286-7861

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, **MARTIN**, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | PERSONAL PROPERTY | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | A LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☒ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Violation of the Fair Labor Standards Act, 29 U.S.C., Sec. 201 et seq., as amended

LENGTH OF TRIAL via 4 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 3/20/06
SIGNATURE OF ATTORNEY OF RECORD: Lee J. Baggett

FOR OFFICE USE ONLY
RECEIPT # 232154  AMOUNT $250.00  APPLYING IFP _____ JUDGE Graham _____ MAG. JUDGE Lynch
2006 CV 14079